# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

JOSEPH RAYMOND PERRY,

_____ )
_Plaintiff_                               )
v.                                        )
COMMISSIONER OF SOCIAL SECURITY,          )
                                          )

_____
_Defendant_

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 09, 2018**

SEAN F. McAVOY, CLERK

Civil Action No.   1:17-CV-3174-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

✔  other:   The parties' Stipulated Motion for Remand (ECF No. 12) is GRANTED.  The Commissioner's decision is REVERSED
and the matter is REMANDED for further administrative proceedings.  Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

✔  decided by Judge   Robert H. Whaley _____ on the parties' Stipulated Motion for
Remand (ECF No. 12).

Date:  May 9, 2018 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Penny Lamb
_____
*(By) Deputy Clerk*

Penny Lamb
_____